FIRST NATIONAL BANK OF BINGHAMTON, Respondent, *v.* PHILIP SUGERMAN, Appellant.

*First Nat. Bank of Binghamton* v. *Sugerman*, 113 App. Div. 893, affirmed.
(Argued May 30, 1907; decided June 14, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

8, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover on a bond guaranteeing the payment of certain promissory notes.

*John J. Crawford* for appellant.

*Harvey D. Hinman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.